IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK MCCANN, et al** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **STEVE MILLER, et al** | : | **NO. 08-561** |

## ORDER

**AND NOW**, this 6th day of July, 2009, upon consideration of Plaintiff Frank McCann's Motion to Compel, the response filed in opposition, and after argument, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED IN PART** and **DENIED IN PART**. Defendants Philadelphia Airport Hotel Limited Partnership and Marriott Hotel Services, Inc. are directed to produce the statements of Cutie Davis, Lomusa Dube and Emily Fernandez.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG**