# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK MCCANN, et al** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **STEVE MILLER, et al** | : | NO. 08-561 |

## ORDER

**AND NOW**, this 7th day of December, 2009, upon consideration of Plaintiffs' Motions for Summary Judgment against Defendants Philadelphia Airport Hotel Limited Partnership and Marriott Hotel Services, Inc., the response thereto and after argument, it is hereby **ORDERED** that Plaintiffs' Motions (Doc. Nos. 184 and 194) are **DENIED**.

**FURTHERMORE**, upon consideration of Defendants Philadelphia Airport Hotel Limited Partnership and Marriott Hotel Services, Inc.'s Motion for Summary Judgment, the responses thereto, and after argument, it is hereby **ORDERED** that Defendants' Motion (Doc. No. 191) is **GRANTED**. Plaintiffs' claims against Defendants Philadelphia Airport Hotel Limited Partnership and Marriott Hotel Services, Inc. are dismissed.

BY THE COURT:

/s/ Mitchell S. Goldberg

**Mitchell S. Goldberg, J.**