# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK MCCANN, et al** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **STEVE MILLER, et al** | : | **NO. 08-561** |

## ORDER

**AND NOW**, this 22nd day of March, 2010, upon consideration of the "Motion for Summary Judgment of Defendants International Association of Machinists, Thomas Buffenbarger, Robert Roach, and Lynn Tucker," the "Motion for Summary Judgment of Defendant Local Lodge 1776," the "Motion for Summary Judgment Against Local 1776, International Association of Machinists, Thomas Buffenberger [sic], Robert Roach, Lynn Tucker and Steven Miller," the "Motion for Partial Summary Judgment on Count II of Complaint Asserting Conspiracy as to Defendant International Association of Machinist [sic] and Aerospace Workers and Defendant International Association of Machinist [sic] and Aerospace Workers District Local Lodge 1776," the responses filed in opposition, and after argument, it is hereby **ORDERED** that:

1. Defendants International Association of Machinists and Aerospace Workers, Thomas Buffenbarger, Robert Roach, and Lynn Tucker's Motion (Doc. No. 188) is **GRANTED**. All of Plaintiffs claims against the International Association of Machinists and Aerospace Workers, Thomas Buffenbarger, Robert Roach, and Lynn Tucker are dismissed.

2. Defendant Local 1776's Motion (Doc No. 195) is **DENIED**.

3. Plaintiff Frank McCann's Motion (Doc. No. 187) is **DENIED**.

4. Plaintiffs Frank Trotti, Jeff Osborne, Timothy Grandfield, and Joseph Carbon's Motion (Doc. No. 192) is **DENIED**.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**